169 A.3d 969

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MATTHEW G. NABER, A/K/A MATTHEW NABOR AND
WAYNE NABER, DEFENDANT-PETITIONER.

June 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001908–14
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted
and the matter is summarily remanded to the Superior Court,
Appellate Division for reconsideration in light of *State v. Legette*,
227 *N.J.* 460, 152 *A.*3d 887 (2017). Jurisdiction is not retained.

169 A.3d 969

SANDRA CIGNARELLA AND ROBERT CIGNARELLA,
PLAINTIFFS-MOVANTS, v. FITNESS INTERNA-
TIONAL LLC, DEFENDANT-RESPONDENT.

June 2, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for
leave to appeal as within time (M—1194) is granted.